THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOLOMON CHARLES SUGARMAN, Appellant.— Orders affirmed. Judgment affirmed, under section 542 of the Code of Criminal Procedure, upon the ground that, although there were errors in the case, they did not affect the substantial rights of the defendant, the

proof of guilt otherwise being sufficient to establish the crime. Present —
Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.